UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

**PHOTO ID IS REQUIRED FOR <u>ANYONE</u> ENTERING THE FEDERAL COURTHOUSE**

| | |
|---|---|
| United States of America | **<u>NOTICE OF HEARING</u>** |
| v. | Case No. **CR-24-470-R** |
| **Caleb Rupert Graves**<br>(USM No. 35000-511) | |

Type of Case      CIVIL                                        CRIMINAL  X

*<u>TAKE NOTICE</u>*
That a proceeding in this case has been scheduled for the place, date and time set forth below:

| | |
|---|---|
| Place: William J. Holloway, Jr. U.S. Courthouse<br>       200 N. W. 4th Street<br>       Oklahoma City, Ok.  73102<br>       **Courtroom 302** | DATE AND TIME<br>**September 18, 2025 at 9:00am** |
| TYPE OF PROCEEDING | **SENTENCING** |

<u>August 18, 2025</u>
Date

                                     <u>   s/Taylor Beams                             </u>
                                        BY DEPUTY CLERK

USPO Kaitlyn Wallace